**DISMISS; and Opinion Filed December 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01692-CV

## IN RE KEITH NICKERSON, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9204999-NR**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Fillmore

Relator files his petition for writ of mandamus seeking to compel the 265th Judicial District Court and the Court of Criminal Appeals to rule on his writs of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over matters arising from post-conviction habeas corpus proceedings. Only the convicting court and the Court of Criminal Appeals have jurisdiction in such cases. TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2005); *In re Curry*, No. 05-08-00064-CV, 2008 WL 311018, at *1 (Tex. App.–Dallas Feb. 5, 2008, orig. proceeding) (mem. op.). This Court does not have mandamus jurisdiction over the Texas Court of Criminal Appeals in any event. TEX. GOV'T CODE ANN. § 22.221 (West 2004).

Accordingly, we **DISMISS** relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

131692F.P05